IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHELSEY L. FRIESEN,                                         Case No. 6:15-cv-02174-MA

                Plaintiff,                          ORDER FOR EAJA FEES

    v.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

                Defendant.

MARSH, Judge

On December 1, 2016, Plaintiff filed a Stipulated Application for Fees Pursuant to the Equal

Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in which the parties agree that Plaintiff should

be awarded fees in the amount of $4,828.43.  ECF No. 17.

Accordingly, based on the agreement of the parties, it is hereby ORDERED that attorney fees

in the amount of $4,828.43 shall be awarded to Plaintiff pursuant to EAJA.  There are no costs or

expenses.  The parties agree that attorney fees will be paid to Plaintiff's attorney subject to

verification that Plaintiff does not have a debt which qualifies for offset against the awarded fees,

pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

1 - ORDER FOR EAJA FEES

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorneys, at their address: Harder, Wells, Baron & Manning, 474 Willamette Street, Eugene, Oregon 97401. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made out to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this 5 day of DECEMBER, 2016.

Malcolm F. Marsh
United States District Judge

2 - ORDER FOR EAJA FEES